# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MICHAEL LONDON,** | : |
| **Plaintiff** | : |
| v. | : 5:05-CV-227 (WDO) |
| **THURBERT BAKER** | : |
| **Defendant** | : |

## ORDER

This matter is before the Court on what appears to be Plaintiff's motion for a temporary restraining order. However, this case has been dismissed and is on appeal from an order entered after the case was dismissed. Therefore, there is no matter pending before the Court pursuant to which the Court could consider any motions. Accordingly, the "Motion In Support of Protective Custody Order" is DISMISSED AS MOOT.

**SO ORDERED this 2nd day of May, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**